**Order filed April 11, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-01046-CV

_____

## IN THE INTEREST OF D.M.K., C.A.A.K., J.J.K., AND J.A.K., children

**On Appeal from the County Court at Law
Washington County, Texas
Trial Court Cause No. CCL-6454**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). On March 26, 2012, this court granted appellant's request for a supplement reporter's record The supplemental reporter's record was due **April 9, 2012**. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). The record has not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). The trial and appellate courts are jointly

responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Because the supplemental reporter's record has not been filed timely in this accelerated appeal, we issue the following order:

We order Marsha Burris, the official court reporter, to file the record in this appeal **on or before April 20, 2012.** If Marsha Burris does not timely file the record as ordered, the court will issue an order requiring her to appear at a hearing to show cause why the record has not been timely filed and why she should not be held in contempt of court for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

Appellant's brief is due **7 days** after the supplemental reporter's record is filed.


PER CURIAM